# EXHIBIT B

# Merchant & Evans, Inc.
## Custom-Form

| Product Specification | PS-18 |

## Expression Series Wall Panel

### 12" Coverage Profiles



**EX 120**  **EX 121**  **EX 122**

12" nom.

### 16" Coverage Profiles



**EX 160**  **EX 161**  **EX 162**

16" nom.

### Applications
Concealed fastener panel for walls. Install horizontal, vertical or diagonal to metal framing. Typical for panels less than 25'.

### Materials
| | Standard Gauges |
|---|---|
| Aluminum (3000 series alloy) | .032"  .040"  .050 |
| Alum-Zinc coated steel (AZ-50 & AZ-55) | 24 ga.  22 ga.  20 ga.  18 ga. |

Also available in Zinc, Pre-Weathered Zinc, Copper, Lead Coated Copper, Galvanized & Stainless Steel.

### Finishes
Kynar & Metallic Fluoropolymer Coatings
Mill Finish, Brushed, Anodized
Texture: Smooth or Stucco Embossed

### Manufacturing
Factory Roll Formed

Some panels configurations are not suitable for all applications.
Contact sales & engineering for more information.

| | Model # | Description | Panel Profile |
|---|---|---|---|
| 12" Coverage | EX 120 | (3) 1⁵⁄₁₆" Ribs | |
| | EX 121 | (1) 1⁵⁄₁₆" Rib (1) 5⁵⁄₁₆" Rib | |
| | EX 122 | (1) 9⁵⁄₁₆" Rib | |
| 16" Coverage | EX 160 | (4) 1⁵⁄₁₆" Ribs | |
| | EX 161 | (2) 5⁵⁄₁₆" Ribs | |
| | EX 162 | (1) 1⁵⁄₁₆" Rib (1) 9⁵⁄₁₆" Rib | |

## Components

**"Precision Seam" Mitered Corners**
As an alternate to corner flashing. Precision fabricated at the angle required. Miters are non-welded & structurally reinforced. Available for all profiles.



Inside Corners    Outside Corners

**Inside Splice Plates**
Available for all profiles.



**Metal & Foam Closures**
Metal closures available to match panel. Foam closures are die cut to fit profiles.



Metal Closure
Foam Closure

### Panel Joint (with Panel Flange)



⁷⁄₈"

- Expression Series Upper Panel
- Expression Series Lower Panel with Panel Flange
- Fastener
- Metal Framing Support System

Updated September 2012

Merchant & Evans, Inc.
308 Connecticut Drive
Burlington, NJ 08016



Phone: 800-257-6215
Phone: 609-387-3033
Fax: 609-387-4838
www.ziprib.com

*Merchant & Evans, Inc.*
*Custom-Form*

| Product Specification | PS-18c |

# Expression Series Wall Panel with Clip System

## 12" Coverage Profiles



EX 120 C   EX 121 C   EX 122 C

12" nom.

## 16" Coverage Profiles



EX 160 C   EX 161 C   EX 162 C

16" nom.

### Applications
Concealed clip panel for walls. Install horizontal, vertical or diagonal to metal framing. Typical for panels greater than 25'.

### Materials
Aluminum (3000 series alloy)
Alum-Zinc coated steel
(AZ-50 & AZ-55)
  Also available in Zinc, Pre-Weathered Zinc, Copper, Lead Coated Copper, Galvanized & Stainless Steel.

### Standard Gauges
.032"  .040"  .050
24 ga.  22 ga.  20 ga.  18 ga.

### Finishes
Kynar & Metallic Fluoropolymer Coatings
Mill Finish, Brushed, Anodized
Texture: Smooth or Stucco Embossed

### Manufacturing
Factory Roll Formed

Some panels configurations are not suitable for all applications.
Contact sales & engineering for more information.

|  | Model # | Description | Panel Profile |
|---|---|---|---|
| 12" Coverage | EX 120 C | (3) 1$\tfrac{5}{16}$" Ribs | |
| | EX 121 C | (1) 1$\tfrac{5}{16}$" Rib<br>(1) 5$\tfrac{5}{16}$" Rib | |
| | EX 122 C | (1) 9$\tfrac{5}{16}$" Rib | |
| 16" Coverage | EX 160 C | (4) 1$\tfrac{5}{16}$" Ribs | |
| | EX 161 C | (2) 5$\tfrac{5}{16}$" Ribs | |
| | EX 162 C | (1) 1$\tfrac{5}{16}$" Rib<br>(1) 9$\tfrac{5}{16}$" Rib | |

## Components

### "Precision Seam" Mitered Corners
As an alternate to corner flashing. Precision fabricated at the angle required. Miters are non-welded & structurally reinforced. Available for all profiles.



Inside Corners   Outside Corners

### Inside Splice Plates
Available for all profiles.



### Metal & Foam Closures
Metal closures available to match panel. Foam closures are die cut to fit profiles.



Metal Closure
Foam Closure

### Panel Joint (with Panel Clip)



7/8"

- Expression Series Upper Panel
- Fastener
- Panel Clip Spaced as Required
- Metal Framing Support System
- Expression Series Lower Panel

Updated September 2012

Merchant & Evans, Inc.
308 Connecticut Drive
Burlington, NJ 08016



Phone: 800-257-6215
Phone: 609-387-3033
Fax: 609-387-4838
www.ziprib.com